ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL II

| **MARCELO ALI, su esposa KIRENIA PÉREZ t/c/c KIRENIA ALÍ y la Sociedad Legal de Gananciales Compuesta por Ambos y otros**<br><br>Recurridos<br><br>v.<br><br>**IVÁN PADILLA MUÑOZ; LYMARIE ROBLES CENTENO; ERIS J. REYES MEDERO**<br><br>Peticionarios | TA2025CE00926 | ***CERTIORARI*** procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Civil Núm.:<br>**SJ2025CV11029**<br><br>Sobre:<br>*Injunction* (Entredicho Provisional, *Injunction* Preliminar y Permanente) |

Panel integrado por su presidenta, la Jueza Cintrón Cintrón, el Juez Rodríguez Flores y la Jueza Díaz Rivera.

Cintrón Cintrón, Jueza Ponente

### SENTENCIA

En San Juan, Puerto Rico, a  16  de enero de 2026.

A la *Moción Solicitando Desistimiento sin Perjuicio* presentada el 29 de diciembre de 2025 por la parte peticionaria, se declara *Ha Lugar*.

Se ordena el cierre y archivo del recurso de epígrafe, de conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 115, 215 DPR __ (2025).

Lo acordó y manda el Tribunal y lo certifica la Secretaria.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones